1014

No. 1172. DENVER UNION STOCKYARD CO. ET AL. *v.* DENVER LIVE STOCK COMMISSION CO. C. A. 10th Cir. Certiorari denied. *Winston S. Howard* for petitioners. *Maurice Reuler* for respondent.

No. 1177. FLUOR CORP., LTD., ET AL. *v.* UNITED STATES EX REL. MOSHER STEEL CO.;
No. 1178. WARD INDUSTRIES CORP. *v.* UNITED STATES EX REL. MOSHER STEEL CO.; and
No. 1179. UNION TANK CAR CO. *v.* UNITED STATES EX REL. MOSHER STEEL CO. ET AL. C. A. 9th Cir. Certiorari denied. *Harold C. Warnock* for petitioners in No. 1177, *R. Graeme Smith* for petitioner in No. 1178, and *Francis J. McConnell* and *Robert A. May* for petitioner in No. 1179. *Maurice E. Purnell, Sr.,* for Mosher Steel Co. in all three cases. Reported below: 405 F. 2d 823.

No. 1180. CARLTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Arnold D. Levine* for petitioner. *Solicitor General Griswold* for the United States.

No. 1183. ELECTRONIC SYSTEMS INVESTMENT CORP. *v.* SMALL BUSINESS ADMINISTRATION. C. A. 4th Cir. Certiorari denied. *John Lewis Kelly* for petitioner. *Solicitor General Griswold* for respondent.

No. 1184. FIRST NATIONAL INDUSTRIES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *William Waller* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Jonathan S. Cohen* for respondent.